SCAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 03-00985-MMM | Date | MARCH 15, 2004 |
|---|---|---|---|

Present: The Honorable **MARGARET M. MORROW**

Interpreter:

| ANEL HUERTA | DAVID SALYER | BEONG-SOO KIM |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. TASHIRI WILLIAMS | X | | X | 1. DFPD: CARLTON GUNN | X | X | |

**Proceedings:** Defendant's Motion to Vacate Conviction on Ground Merger
Defendant's Motion for New Trial
Defendant's Motion to Declare Feeney Amendment Unconstitutional

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes defendant's Motion to Vacate Conviction on Ground Merger, defendant's Motion for New Trial, and defendant's Motion to Declare Feeney Amendment Unconstitutional under submission.



ENTERED ON ICMS
APR 2 2 2004

| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk |
|---|---|---|