UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TASHIRI WAYNE WILLIAMS,<br><br>Defendant - Appellant. | No. 04-50182<br>D.C. No. CR-03-00985-MMM-01<br><br>**JUDGMENT** |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 2 0 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is

**REVERSED, VACATED AND REMANDED.**

Filed and entered 01/30/06



ENTER ON CMS

MAR 2 2 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 16 2006
by: _____
Deputy Clerk